STATE OF CONNECTICUT *v.* JEFFREY A. WALKER
(9316)

O'CONNELL, NORCOTT and HEIMAN, Js.

Argued April 30—decision released June 4, 1991

*Kent Drager,* assistant public defender, with whom, on the brief, was *G. Douglas Nash,* public defender, for the appellant (defendant).

*Carolyn K. Longstreth,* assistant state's attorney, with whom were *Frank McQuade,* assistant state's attorney, and, on the brief, *Mary Galvin,* state's attorney, for the appellee (state).

PER CURIAM. This is an appeal from the judgment of the trial court rendered after the defendant had entered a plea of guilty to a single count of carrying a pistol without a permit in violation of General Statutes § 29-35, under the doctrine of *North Carolina* v. *Alford,* 400 U.S. 25, 91 S. Ct. 160, 27 L. Ed. 2d 162 (1970).

In his appeal, the defendant asserts that the trial court acted improperly in accepting the plea and in finding it to have been entered knowingly, intelligently and voluntarily because the factual basis advanced by the state was inadequate, lacking specificity as to a neces-

sary element of the offense—that the length of the barrel of the pistol was less than twelve inches. General Statutes § 29-27.

On the basis of our decision in *State* v. *Brown,* 19 Conn. App. 640, 563 A.2d 1379, cert. denied, 212 Conn. 821, 565 A.2d 540 (1989), we conclude that the claims of the defendant are without merit. See *Paulsen* v. *Manson,* 203 Conn. 484, 525 A.2d 1315 (1987); see also *Tyson* v. *Warden,* 24 Conn. App. 729, 591 A.2d 817 (1991).

The judgment is affirmed.